NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE G. APOLLO, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7090

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2404, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**ORDER**

Jose G. Apollo, Sr. moves for a 60-day extension of time, until June 6, 2012, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Mr. Apollo's informal brief is due on or before June 6, 2012.

FOR THE COURT

**MAR 3 0 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Jose G. Apollo, Sr. (Informal Brief Form Enclosed)
    Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAR 3 0 2012**

JAN HORBALY
CLERK